UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE: **ROBERT L. SOLWOLD**  Chapter **13**
**AMANDA J. SOLWOLD**  Case Number: **17-32161**
  Judge **OPPERMAN**

Debtors.
_____/

## STIPULATION TO ADJOURN CONFIRMATION HEARING

The parties hereto agree to the entry of the Order Adjourning the Confirmation Hearing from May 8, 2018 to June 12, 2018 at 9:00 a.m., see attached proposed order.

/s/ Carl L. Bekofske
Carl L. Bekofske P10645
Melissa Caouette P62729
Leo J. Foley, Jr. P76060
Chapter 13 Standing Trustee
400 N. Saginaw St., Ste 331
Flint MI 48502
(810) 238-4675
ecf@flint13.com

/s/ Troy D. Green  /s/ Shakeena Melbourne
TROY D. GREEN (P73151)  SHAKEENA MELBOURNE (P78958)
Law Office of Troy D. Green PLLC  Attorney for Ford Motor Credit
Attorney for Debtors  Company/Lincoln Automotive Financial
2290 E. Hill Rd., Suite 105  903 North Opdyke Rd., Suite C
Grand Blanc, MI 48439  Auburn Hills, MI 48326
(810) 730-5125  (248) 377-0700
troy@attorneygreen.com  smelbourne@KAALaw

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

IN RE: **ROBERT L. SOLWOLD**      Chapter **13**
       **AMANDA J. SOLWOLD**      Case Number: **17-32161**
              Judge **OPPERMAN**

     Debtors.
_____/

## ORDER ADJOURNING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the Confirmation Hearing shall be adjourned from May 8, 2018 to June 12, 2018 at 9:00 a.m.

IT IS FURTHER ORDERED that this case may be confirmed prior to the adjourned date upon the approval of objecting creditors and the Chapter 13 Trustee.

IT IS FURTHER ORDERED that Debtor(s) counsel shall serve a copy of the entered order on the Debtors and any interest parties as applicable within 7 days.